**ARIAS, SANGUINETTI, WANG, & TORRIJOS, LLP.**
MIKE M. ARIAS
*Mike@aswtlawyers.com*
ELISE R. SANGUINETTI
*Elise@aswtlawyers.com*
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone: 510.629.4877
Facsimile: 510.291.9742

Attorneys for Plaintiff DEBRA K. KOOPS

**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (Bar No. 240419)
*tarifa.laddon@faegrebd.com*
THEODORE O'REILLY (Bar No. 277675)
*theodore.oreilly@faegrebd.com*
11766 Wilshire Blvd, Suite 750
Los Angeles, CA 90025
Telephone: 310.500.2090
Facsimile: 310.500.2091

Attorneys for Defendants
BIOMET, INC.; BIOMET ORTHOPEDICS, LLC
and BIOMET U.S. RECONSTRUCTION, LLC

(Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| DEBRA K. KOOPS, <br><br> Plaintiff, <br><br> v. <br><br> BIOMET, INC.; BIOMET ORTHOPEDICS, LLC and BIOMET U.S. RECONSTRUCTION, LLC; <br><br> Defendants. | Case No. 2:18-cv-02507 – JAM-EFB <br><br> Hon. John A. Mendez <br><br> **JOINT STIPULATION AND ORDER OF DISMISSAL** <br><br> Complaint Filed: April 11, 2014 <br> Date Remanded: September 6, 2018 |

1 | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC**
2 | NAVAN WARD, JR.
  | *navan.ward@beasleyallen.com*
3 | MATTHEW E. MUNSON
4 | *matt.munson@beasleyallen.com*
  | 4200 Northside Parkway NW
5 | Building One, Suite 100
6 | Atlanta, GA 30327
  | Telephone: 404.751.1162
7 | Facsimile: 855.674.1818

Attorneys for Plaintiff DEBRA K. KOOPS

**LADUE CURRAN KUEHN**
JOHN D. LADUE
*jladue@lck-law.com*
ERIN LINDER HANIG
*ehanig@lck-law.com*
100 E. Wayne Street, Suite 300
South Bend, IN 46601
Telephone: 574.968.0760
Facsimile: 574.968.0761

Attorneys for Defendants
BIOMET, INC.; BIOMET ORTHOPEDICS, LLC
and BIOMET U.S. RECONSTRUCTION, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Debra Koops and the Biomet Defendants hereby stipulate that the above-captioned action due to be dismissed, with prejudice, each party agreeing to bear their own fees and costs.

Dated: March 1, 2019

**ARIAS, SANGUINETTI, WANG, & TORRIJOS, LLP**

By: */s/ Mike M. Arias*
MIKE M. ARIAS
ELISE R. SANGUINETTI

Dated: March 1, 2019

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC**
By: */s/ Navan Ward, Jr.*
NAVAN WARD, JR.
MATTHEW E. MUNSON

*Attorneys for Plaintiff Debra K. Koops*

Dated: March 1, 2019

**FAEGRE BAKER DANIELS LLP**

By: */s/ Theodore O'Reilly*
THEODORE O'REILLY
TARIFA B. LADDON

Dated: March 1, 2019

**LADUE CURRAN KUEHN**

By: */s/ John D. Ladue*
JOHN D. LADUE

*Attorneys for Defendants
Biomet, Inc., Biomet Orthopedics, LLC and
Biomet U.S. Reconstruction, LLC*

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | Pursuant to stipulation, and for good cause shown, Plaintiff's Complaint is |
| 3 | hereby dismissed in its entirety against all defendant with prejudice. |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | |
| 7 | Dated: July 1, 2019  /s/ John A. Mendez |
| 8 |  UNITED STATES DISTRICT COURT JUDGE |